MAY 26, 1845.

*Peter G. Stoney et al., ex'rs, &c.,* v. *The American Life Insurance and Trust Company.* B. F. BUTLER and D. LORD, for appellants ; D. WEBSTER and D. D. FIELD, for respondents. Order appealed from reversed, and injunction dissolved. Costs to abide the event.

*In the matter of Margaret McLeland, a lunatic.* M. FAIRCHILD, for petitioner. Order correcting master's report as to computation of interest, and declaring that the petitioner has an equitable claim against the estate of the lunatic for $911·24, and interest from March 29, 1845 ; and directing the committee to pay the same out of the estate, together with the taxable costs of the petitioner, on the reference and on this application.

*The Mohawk and Hudson Railroad Company* v. *John M. Davison et al. John Costigan* v. *The Mohawk and Hudson Railroad Company.* J. V. L. PRUYN and M. T. REYNOLDS, for appellants ; J. RHOADES, for respondents. Decree appealed from modified so as to direct that Costigan convey the property to the company on being paid the balance found due to him, with interest and costs, and on being indemnified against his bond accompanying the mortgage. In all other respects decree affirmed with costs.